**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Karen A. Overstreet
Chapter 13
Hearing Location: Marysville
Hearing Date: February 23, 2011
Hearing Time: 9:00 am
Response Date: February 16, 2011

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Arne John Bert Lashua

Debtor.

No.: 10-17062-KAO

ORDER GRANTING RELIEF FROM STAY
AND CO-DEBTOR STAY
TO U.S. BANK, N.A.

This matter came before the Court upon U.S. Bank, N.A.'s motion for relief from stay and co-debtor stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of U.S. Bank, N.A.'s motion and further as to the property located at 8315 182nd Place NW, Stanwood, Washington 98292 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. §§ 362(d), 1301(c), the automatic stay and any co-debtor stay is terminated as to U.S. Bank, N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of U.S. Bank, N.A.'s motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via

Order Granting Relief From Stay and Co-Debtor Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

Marc Barreca
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

 /s/ Mark Moburg, WSBA# 19463 for: 
James K. Miersma, WSBA# 22062
Attorneys for Creditor

Order Granting Relief From Stay and Co-Debtor Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131